# United States Bankruptcy Court
## Central District of California

In re:                                                                  Case No.: 17-13182-EAS-13

**Julio Cesar Torres**
**Norma Giselle Torres**
**Debtor(s)**

Chapter: 13

### REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002

Pursuant to 11 U.S.C. § 342(f)(1) Ronald H. Freshman ("Mr. Freshman") hereby requests that all notices given or required to be given; and all pleadings and correspondence served or required to be served in this case, be sent and directed to Mr. Freshman at the following mailing address:

Law Office of Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028

This request is for all notices, copies and pleadings referred to in Bankruptcy Rules 2002, 9007 or 9008, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Ronald H. Freshman
Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone: (858) 756-8288
Facsimile:  (858) 964-1728
Email: ronfreshman@gmail.com