# United States Bankruptcy Court
## Central District of California

In re:

Julio Cesar Torres
Norma Giselle Torres
Debtor(s)

Case No.:  17-13182-EAS-13

Chapter:    13

### UNSECURED CREDITOR RONALD H. FRESHMAN'S NOTICE OF OBJECTION TO DISCHARGE OF DEBT AND CONFIRMATION OF PLAN

COMES NOW the unsecured creditor, Ronald H. Freshman ("Creditor"), having failed to be previously noticed or served pursuant to Rule 2002 of either: (1) the Section 341(a) MEETING OF CREDITORS; or (2) METTING AND HEARING ON CONFORMATION OF CHAPTER 13 PLAN WITH COPY OF CHAPTER 13 PLAN; Creditor hereby serves and files this notice of objection to any partial discharge of Julio Cesar Torres and Norma Gisselle Torres' ("Debtors") unsecured debt as admitted in 4.20 of their Schedule E/F and the CHAPTER 13 PLAN and payments to Creditor by Debtors as, submitted in I. *et seq*. of, and [if] elsewhere in the Plan.

Creditor objects to discharge of his debt, partial or otherwise or confirmation of the Plan because, *inter alia*, the proposed Plan fails to provide an amount sufficient to cure the correct pre-petition arrearage Debtors admit they owe.[1]

---

[1] Also see, *e.g*. 11 U.S.C. § 523(a)(2)(A), (B) and (C)(6) and the proof of claim that Creditor has been or will be filed.

1

WHEREFORE, Creditor respectfully requests this Honorable Court deny confirmation of the Plan and any deny discharge of any part of the debt owed to Creditor by Debtor and dismiss this case, or in the alternative, direct the Debtors to amend the Plan sufficient to conform to this Objection.

Dated: September 25, 2017

/s/ Ronald H. Freshman
Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone: (858) 756-8288
Facsimile:  (858) 964-1728
Email: ronfreshman@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above Objection has been served either by electronic or standard first class mail on September 25, 2017, to:

Julio Cesar Torres and Norma Giselle Torres
C/O Anthony B. Vigil, Esq.
Law Office of Anthony B. Vigil, APC
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691

Amrane Cohen
770 The City Drive South, Suite 8500
Orange, CA 92868

United States Trustee
411 W. Fourth St., Suite 7160
Santa Ana, CA 92701-4593


/s/ Ronald H. Freshman
Ronald H. Freshman
3040 Skycrest Drive
Fallbrook, CA 92028
Telephone: (858) 756-8288
Facsimile:  (858) 964-1728
Email: ronfreshman@gmail.com